UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA        :
                                :
    v.                          :   No. 5:23-cr-00148
                                :
JORGE LUIS SANTIAGO,            :
        Defendant.              :
_____

**O R D E R**

**AND NOW**, this 31st day of October, 2023, upon consideration of Defendant's Motion to Dismiss Indictment, the Government's Response, and for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:** the Motion, ECF No. 11, is **DENIED**.

                                BY THE COURT:


                                */s/ Joseph F. Leeson, Jr.*
                                JOSEPH F. LEESON, JR.
                                United States District Judge